IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**JAZMIN PEREZ-GONZALEZ**,<br><br>　　　　　　Defendant. | Case No.:  1:24-mj-00098-BAM<br><br>ORDER OF TRANSPORTATION |

IT IS HEREBY ORDERED that defendant **JAZMIN PEREZ-GONZALEZ, USM # 27821-510**, shall be transported to Federal Correctional Institution, Aliceville located at 11070 Alabama 14, Aliceville, Alabama 35442.

IT IS SO ORDERED.

Dated:   **August 28, 2024**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE